THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAILWAY EXPRESS AGENCY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES GERCHARIO, EMIL H. MILLER, CHARLES A. HARRINGTON, FRANK REILLY, HOWARD BROEMS, EDWARD HALLORAN, THOMAS MCCABE, MILTON MULHARE, JEREMIAH MCCARTY, MICHAEL LONG, GEORGE BAUER, HERMAN GRIPES and JOHN MURRAY, Appellants.

Argued October 15, 1947; decided November 20, 1947.

Ralph M. Carson, C. C. Evans, William R. Meagher and Aloysius J. Castellano for appellants.

Charles E. Murphy, Corporation Counsel (Stanley Buchsbaum and Seymour B. Quel of counsel), for respondent.

Judgments affirmed; no opinion. [See 297 N. Y. 783.]

Concur: Lewis, Conway, Thacher and Dye, JJ. Dissenting: Loughran, Ch. J., Desmond and Fuld, JJ., on the ground that this regulation of the police commissioner, as interpreted to forbid these unobjectionable advertisements on defendants' trucks, is so entirely unrelated to traffic control as to be arbitrary as matter of law.